IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM EDWARD BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-976 (LPS) |
| ) | |
| ALPHA CONSOLIDATED HOLDINGS, INC. ) | |
| and ILLINOIS TOOL WORKS, INC. d/b/a ) | |
| GUMOUT, ) | |
| ) | |
| Defendants. ) | |

~~PROPOSED~~ FINAL JUDGMENT

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Final judgment of non-infringement of claims 1, 2, 3, 4, and 5 of U.S. Patent No. 9,889,961 is entered in favor of Defendants Alpha Consolidated Holdings, Inc. and Illinois Tool Works, Inc.

2. All pending motions are denied as moot, without prejudice to renew following appeal.

3. The deadline for filing a motion for attorneys' fees pursuant to Fed. R. Civ. P. 54(d) is extended to 14 days after the Federal Circuit's issuance of the mandate of any appeal of this Court's final judgment, or 14 days after the time to file an appeal has expired.

4. This judgment is without prejudice to any and all rights the parties have to appeal, including, without limitation, their right to challenge the Court's Memorandum Order granting summary judgment of noninfringement (D.I. 362) and the Court's claim construction orders.

SO ORDERED this 23rd day of September 2021.

_____
UNITED STATES DISTRICT JUDGE